IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

       Plaintiff,                       No. CIV S-06-1577 FCD KJM P

   vs.

L.M. ZAFRA, et al.,

       Defendants.              ORDER

_____/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of April 17, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's May 29, 2007 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: June 6, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
wils1577.36