IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

    Plaintiff,                    No. CIV S-06-1577 FCD KJM P

    vs.

L.M. ZAFRA, et al.,

    Defendant.                <u>ORDER</u>

_____/

        On January 31, 2008, defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b). Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition to defendant's motion to dismiss. Failure to file an opposition will result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: April 1, 2008.

_____
U.S. MAGISTRATE JUDGE

1
wils1577.46osc