IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                    No. CIV S-06-1577 FCD KJM P

   vs.

L.M. ZAFRA, et al.,

      Defendants.        <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file and serve an opposition to defendant's January 31, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for an extension of time (Docket No. 25) is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendant's March 31, 2008 motion to dismiss. Defendant's reply, if any, shall be filed ten days thereafter.

DATED: April 24, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
wils1577.36