IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                     No. CIV S-06-1577 FCD KJM P

   vs.

L.M. ZAFRA, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file and serve a sur-reply with respect to defendant's January 31, 2008 motion to dismiss. The local rules of this court do not authorize the filing of sur-replies [Local Rule 78-230(m)] and plaintiff fails to suggest any reason why the court should deviate from that rule. Plaintiff's request (#35) is denied.

DATED: June 16, 2008.

                                        U.S. MAGISTRATE JUDGE

1/mp
wils1577.36(2)